IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TERRELL M. MADISON, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-45 (HL-TQL) |
| | * |
| JACOB BELL, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated August 8, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 8th day of August, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk